ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Zak Meekins<br>36 Korite<br>Rancho Santa Margarita, CA 92688<br><br>☐ Attorney for<br>☑ Pro Se Debtor | FOR COURT USE ONLY<br><br>FILED<br>MAR 23 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 8:09-bk-10335-TA |
| In re: Meekins, Zak<br><br><br><br><br><br>Debtor(s). | **DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>(No Hearing Required) |

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☑ (a) The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

   OR

   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under Chapter _____ and was converted to a case under Chapter 13 on _____.

2. ☑ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

   OR

   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

   Filing Date: _____
   Movant: _____
   Personal or Real Property: _____
   _____

   Status:   ☐ Pending      ☐ Resolved      ☐ Withdrawn/Denied
   *(Please attach additional pages if needed.)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 3015-1.18

| Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 2* | F 3015-1.18 |
|---|---|
| In re: Meekins, Zak | CHAPTER 13 |
| Debtor(s). | CASE NUMBER  8:09-bk-10335-TA |

4. ☑ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   OR

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

   _____
   _____

   *(Please attach additional pages if needed.)*

5. Debtor seeks dismissal of this case for the following reasons:
   Debtor would like case dismissed to he can confer with counsel on which options is best for him. At this time Debtor is unsure he can make the large plan payment each month. Debtor would like to work with creditor's directly to see if this matter can be worked out without going through bankruptcy court.

   *(Please attach additional pages if needed.)*

Dated: 3/23/09        _____
                      Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/23/09        _____
                      Debtor

Dated: _____        _____
                      Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    F 3015-1.18

| Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 3* | F 3015-1.18 |
|---|---|
| In re: Meekins, Zak | CHAPTER 13 |
| Debtor(s). | CASE NUMBER 8:09-bk-10335-TA |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as <u>Debtor's Request for Voluntary Dismissal of Chapter 13 Case</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 23rd, 2009 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.
Asked Clerk to Supply of Copy of Motion to Judges Chambers

Please see attached mailing matrix

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/23/2009 | ZAK MEEKINS | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                            F 3015-1.18

| Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 4* | F 3015-1.18 |
|---|---|
| In re: Meekins, Zak | CHAPTER 13 |
| Debtor(s). | CASE NUMBER 8:09-bk-10335-TA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.18

```
Meekins   Zak M
36 Korite
Rancho Santa Mar   CA   92688


Amrane Cohen
770 The City Dr South
Ste 3300
Orange   CA   92868


ACS
PO Box 78844
Phoenix   AZ   85062


Bank of America
PO Box 15026
Wilmington   DE   19850


Bank of America Mortgage
PO Box 26078
Greensboro   NC   27420


California Franchise Tax Board
PO Box 942857
Sacramento   CA   94257


Chase Auto Finance
PO Box 182223
Columbus   OH   43218


Countrywide Home Loans
PO Box 650225
Dallas   TX   75265


E-Trade CLC Consumer Services
PO Box 747006
Pittsburgh   PA   15274


IRS Insolvency Department
Attn   Bankruptcy Department
Ogden   UT   84201
```

```
Orange County Treasurer
625 N  Ross Street Building 11
Room 658
Santa Ana   CA   92701


Sallie Mae Loan Services
P O  Box 9555
Wilkes Barre   PA   18773


Wachovia Dealer Finance
PO Box 25341
Santa Ana   CA   92799


Wachovia Education
3301 C ST STE 100A
Sacramento   CA   95816


Wells Fargo Financial
Attn  Bankruptcy Department
PO Box 98788
Las Vegas   NV   89193


Wendy Meekins
36 Korite
Rancho Santa Mar   CA   92688
```